

CMR/DEH: USAO2019R00756
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB 18 AM 11: 41

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. RDB-19-0528 |
| | * | (Conspiracy to Distribute and Possess |
| **JUSTIN RYAN ESHENBAUGH,** | * | With Intent to Distribute Cocaine, 21 |
| | * | U.S.C. § 846; Money Laundering to |
| Defendant | * | Conceal the Origin of Property, 18 |
| | * | U.S.C. § 1956(a)(1)(B)(i); Forfeiture, |
| | * | 18 U.S.C. §§ 924(d) & 982(a)(1), 28 |
| | ******* | U.S.C. § 2461(c)) |

## SUPERSEDING INFORMATION

### COUNT ONE
### (Conspiracy to Distribute and Possess With Intent to Distribute Cocaine)

The U.S. Attorney for the District of Maryland charges that:

From in or about 2015 to in or about April 2019, in the District of Maryland and elsewhere, the defendant,

**JUSTIN RYAN ESHENBAUGH,**

did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846.
21 U.S.C. § 841(a), (b)(1)(B).

## COUNT TWO
### (Money Laundering to Conceal the Origin of Property)

The U.S. Attorney for the District of Maryland charges that:

In or about June and July 2018, in the District of Maryland and elsewhere, the defendant,

**JUSTIN RYAN ESHENBAUGH,**

did knowingly conduct and cause to be conducted financial transactions affecting interstate commerce, to wit, deposits into and wire transfers out of bank accounts at Wells Fargo, M&T Bank, Bank of America, and PNC Bank, which in fact involved the proceeds of specified unlawful activity, that is, controlled substances distribution, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity and that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity.

18 U.S.C. § 1956(a)(1)(B)(i).
18 U.S.C. § 2.

## FORFEITURE

The U.S. Attorney for the District of Maryland further charges that:

Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Sections 924(d) and 982(a)(1), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Counts One and Two of the Superseding Information.

_Robert K. Hur_ BY: C. RKALI
Robert K. Hur
United States Attorney

02/17/2020
Date

3