**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. RDB-19-00528** |
| **vs.** | |
| **JUSTIN RYAN ESHENBAUGH** | |
| **Defendant.** | |

## MOTION FOR LEAVE TO FILE SEALED MATERIALS

Justin Eshenbaugh, by and through his attorney, Andrew C. White, hereby moves this Honorable Court for leave to file a sentencing memorandum and exhibits under seal.

As grounds for this motion, the defense states that the memorandum and exhibits contains very sensitive information concerning the defendant's and other person's background and medical/psychiatric information that should remain sealed from the public in order to protect the privacy interests of the defendant and others.

WHEREFORE, the defense requests that this Honorable Court grant its motion for leave to file correspondence and exhibits under seal.

Respectfully Submitted,

_____/S/_____
Andrew C. White
(Federal Bar No. 08821)
SILVERMAN, THOMPSON, SLUTKIN & WHITE
201 North Charles Street
Suite 2600
Baltimore, Maryland 21201
(410) 385-2225